Robert E. Trop – SBN 027856
**Law Office | Robert Evan Trop PLLC**
2942 N. 24th Street, Suite 114
Phoenix, Arizona 85016
Tel.: (602) 424-5725
Fax: (800) 741-2209
robert@troplaw.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Troy Ostermeyer, | No. CV-15-00840-PHX-DLR |
| Plaintiff, | |
| v. | **DECLARATION OF ROBERT TROP** |
| Gilbert Police Officer William Caouette (ID#3865), in his individual capacity, and the Town of Gilbert, | |
| Defendants. | |

Robert E. Trop states:

1. I am the attorney for Plaintiff.

2. The Town of Gilbert was served on June 9, 2015 [Ex. 2].

3. The Town of Gilbert's counsel has not appeared in the matter to date.

4. At the time of serving the Town of Gilbert, the process server was advised that the Defendant Officer William Caouette no longer is employed there.

5. The Town of Gilbert therefore would not accept service for him. [Ex. 3].

- 1 -

6. Upon information and belief, the Town of Gilbert would have former Officer Caouette's last known address as he was an employee of the town.

7. An Order is requested to direct the Defendant, Town of Gilbert, to provide the last known address of Officer Caouette to Plaintiff's counsel, so that service of the summons and complaint can be completed.

8. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of June, 2015.

_____
Robert E. Trop