440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-840-PHX-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Town of Gilbert**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Robin Stoneman**, who is designated by law to accept service of process on behalf of *(name of organization)* **Qualified employee of city of Gilbert** on *(date)* **6/9/15** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/11/15**

*Server's signature*

**Cameron Jonati - Certified Process Server - Arizona # 7752**
*Printed name and title*

**2942 N 24th St #114**
*Server's address*
**Phoenix, AZ 85016**

Additional information regarding attempted service, etc: