AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-840-PHX-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gilbert Police Officer William Caovette__

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: I attempted to serve William Caovette at the Gilbert Police Department on 6/9/15 approx 11:20 AM. I spoke to officer behind information counter and stated that I was an officer of the court and

My fees are $ _____ for travel and $ 60 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/12/15

Server's signature

Cameron Janati - Arizona Certified Process Server #7752
*Printed name and title*

To Process and Serve, LLC
2942 N. 24th St #114, Phoenix, AZ 85016
*Server's address*

Additional information regarding attempted service, etc:
I had legal documents for defendant and asked if I needed to serve him directly or if there was someone authorized to accept service. Officer returned after a minute and told me that defendant was no longer a police officer. He told me he had no other contact information but did mention that he had seen defendant recently and implied to my understanding that defendant may be applying for a position.